UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS DEWAYNE TILLMAN,

Plaintiff,

v.

PETER WATSON, *et al.*,

Defendants.

_____________________________ /

Case No. 24-12152

F. Kay Behm
U.S. District Judge

Anthony P. Patti
U.S. Magistrate Judge

**ORDER REGARDING OBJECTIONS (ECF No. 61)**

This matter is referred to the Magistrate Judge for all pretrial proceedings. (ECF No. 7). Magistrate Judge Patti issued an order denying Plaintiff leave to amend his complaint. (ECF No. 57). Plaintiff filed objections to this Order. (ECF No. 61). Several of Plaintiff's objections point out that, in the version of the Order he received, large chunks of the Order are missing and thus, he did not have an appropriate opportunity to object to the Magistrate Judge's decision. It certainly appears, from the version of the Order attached to Plaintiff's objections, that portions of the Magistrate Judge's Order are missing. (ECF No. 61, PageID.896-903). In order to give Plaintiff the opportunity to object to a complete copy of the order, the court encloses another copy of the Order, which includes the missing portions.

Plaintiff has 14 days in which to provide supplemental objections to the Order. These supplemental objections may not exceed seven pages in length.

**SO ORDERED**.

Date: August 26, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge