**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARCUS TILLMAN #249078,
Plaintiff,

Case No. 4:24-cv-12152
District Judge F. Kay Behm
Magistrate Judge Anthony P. Patti

v.

PETER WATSON, SIRENA LANDFAIR,
and CARMEN McINTYRE
Defendants.
_________________________________/

**ORDER DENYING PLAINTIFF'S MOTION TO FILE A SUR-REPLY (ECF NO. 62)**

Plaintiff has filed a motion for leave to file a sur-reply brief (ECF No. 62) regarding the pending motion for summary judgment (ECF No. 55) because he believes that Defendants' reply brief (ECF No. 60) is incomplete and does not accurately represent the factual record. This matter has been referred to me for all pretrial proceedings. (ECF No. 7.) The Court does not freely permit sur-replies, as explained in my Practice Guidelines, which state that "[t]he Court will strike any improperly filed sur-replies or other briefing not contemplated by the Local Rules."[1] This additional briefing is not contemplated by the local rules. *See* E.D. Mich. LR 7.1(d)(1) & (e). In any event, the Court has an adequate record on which

[1] http://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=51

to decide the pending motion for summary judgment and Plaintiff already had the opportunity to tell the Court everything he thought to be pertinent for defeat of the motion. At some point, briefing must end, and the Court Rules give the last word to the party that brought the motion. Despite Plaintiff's concern that Defendants made inaccurate statements to the Court in their reply brief, Plaintiff may rest assured that the Court is not so easily bamboozled, but looks to the record to see what material statements are accurate and supported. Accordingly, Plaintiff's motion is **DENIED**. It is **SO ORDERED.**

Dated: October 16, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE